UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| REGINALD LASTRAPES<br>FED. REG. NO. 08778-035 | CIVIL ACTION NO 05-1822-A |
| | SECTION P |
| VS. | JUDGE DRELL |
| FREDERICK MENIFEE, WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because of his failure to fully exhaust available administrative remedies.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of February, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**